# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 6D2024-0796
Lower Tribunal No. 2016-DR-010260-O

———————————————————

REGINALD FRAZIER,

Appellant,

v.

LAVIKA LATRELL COOK,

Appellee.

———————————————————

Appeal from the Circuit Court for Orange County.
John D.W. Beamer and Craig A. McCarthy, Judges.

December 19, 2025

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

TRAVER, C.J., and STARGEL and SMITH, JJ., concur.

Brian P. North, of Kenny Leigh & Associates, Huntersville, North Carolina, for Appellant.

Michele A. Lebron, of Lebron Law, PLLC, Kissimmee, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED